1466

**00–1822. Harrell v. Frosini Branham.**

In Prohibition. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1855. Vella v. Kinkella.**

In Habeas Corpus. On petition for writ of habeas corpus by Michael Vella. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1860. In re Payne.**

In Habeas Corpus. On petition for writ of habeas corpus by Lowell N. Payne, Jr. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

**00–1910. Cook v. Gansheimer.**

In Habeas Corpus. On petition for writ of habeas corpus by Kenneth J. Cook. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.